AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U.S.

v.

Alejandro Pujols

## APPEARANCE

Case Number: 1:05M154A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Alejandro Pujols

I certify that I am admitted to practice in this court.

12-12-05

Date

Signature


Edward C. Roy Jr.

Print Name                Bar Number

10 Weybossett Street, Suite 300

Address

Providence    RI    02903

City    State    Zip Code

(401) 528-4281    (401) 528-4285

Phone Number    Fax Number