AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Alejandro Pujols

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:05-M-154A

I, Alejandro Pujols, charged in a ☒ complaint ☐ petition pending in this District with possession of over 500 g. cocaine, conspiracy to possess over 5 kilos cocaine in violation of Title 21, U.S.C., 846 841(a)(1) & (b)(1)(A), 841(a)(1)(B),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

[signature]
*Defendant*

December 12, 2005
*Date*

[signature]
*Counsel for Defendant*