**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-137-04T** |
| | ) | |
| **ALEJANDRO PUJOLS** | ) | |

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Alejandro Pujols, by and through his counsel, and moves to continue the trial in this matter for an additional sixty (60) days on the grounds that the defendant has to review extensive discovery in this matter as well as various audio tapes. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A).

The exclusion of a period of sixty (60) days in this matter will allow the accused to fully review the discovery in this case. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted
Alejandro Pujols
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Adi Goldstein, Assistant United States Attorney and mailed to George West, Esq., One Turks Head Place, Suite 312, Providence, RI 02903-2215; Emili Vaziri, Esquire, 160 Plainfield Street, Providence, RI 02909; Robert B. Mann, Esquire, 501 Turks Head Place, Providence, RI 02903; John Bevilaqua, Esquire, 380 Broadway, Providence, RI 02909; Michael Fontaine, Esquire, 194 Waterman Street, Providence, RI 02906, on January 27 2006.