IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr.No. 05-137T |
| | ) | |
| VS. | ) | |
| | ) | |
| WASKAR PENA, | ) | |
| CHRISTOPHER J. GARCIA, and | ) | |
| DOMINGO A. GONZALEZ | ) | |

GOVERNMENT'S MOTION FOR A DATE CERTAIN

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to schedule the trial in this matter for April 25, 2006, or any date thereafter. The government prays for this relief based on the fact that the lead agent in the case, Task Force Agent Michael S. Naylor, is presently scheduled to be out of the country on a pre-paid vacation, from April 16 to April 23. The government was only made aware of this conflict last week. The government will be able to empanel the jury on April 18, 2006, as scheduled. I have consulted with John Bevilacqua, counsel for Waskar Pena, George West, counsel for Christopher Garcia, and Robert Mann, counsel for Domingo Gonzalez, and they have informed me that they have no objection to this motion. The government estimates that this trial will take no more than three days to complete.

The nature of this motion is such that it requires no Memorandum of Law.

Respectfully Submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 29th day of March, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Motion For A Date Certain to the following:

John J. Bevilacqua, Esquire
380 Broadway
Providence, RI 02909

George J. West, Esquire
1500 Bank Boston Place
Providence, RI 02903

Robert B. Mann, Esquire
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903