**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-137-04T** |
| | ) | |
| **ALEJANDRO PUJOLS** | ) | |

---

**NOTICE OF APPEAL**

Now comes the accused, Alejandro Pujols, and notices his appeal to the First Circuit of the sentence imposed on July 14, 2006.

Respectfully submitted
Alejandro Pujols
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I ~~hand-delivered~~ a copy of this motion, to Adi Goldstein, Assistant United States Attorney on July 20th 2006.