UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

November 6, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. ALEJANDRO PUJOLS***
***USDC CR05-137-04T/06-25T*** ***COA 06-2174***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl. Document #20 - Transcript of Change of Plea held on 4/4/06 before Judge William E. Smith (CR06-25); Document #115/21 - Transcript of Sentencing held 7/14/06 in CR05-137-04T and CR06-25T before Judge Ernest C. Torres; Cert. Copy of Docket.