USDC RI
05 - 00137
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-2173
06-2174

UNITED STATES,

Appellee,

v.

ALEJANDRO PUJOLS,

Defendant, Appellant.

---

Before

Torruella, Lipez and Howard
Circuit Judges.

---

JUDGMENT

Entered: October 30, 2007

Counsel has submitted a brief pursuant to Anders v. California, 386 U.S. 738 (1967). He quite properly raised the issue of the limited waiver of appeal contained in the two relevant plea agreements. We agree that, in the absence of questioning of appellant concerning the waiver at the change of plea hearings, the waiver should not be given effect.

Counsel brings to our attention the issue of trial counsel's breach of the plea agreement by requesting a below guideline sentence at the sentencing hearing. We agree with counsel that the record is not adequate to permit us to address on direct appeal the question of whether this constituted ineffective assistance of counsel. In most cases, such contentions are appropriately presented to the trial court in collateral proceedings. United States v. Negron-Narvaez, 403 F.3d 33, 40 (1st Cir. 2005).

Appellant's contention in his pro se brief that there was no interpreter at two out of three of the key proceedings in the

district court is contradicted by the docket entries, which indicate that an interpreter was present at every hearing. In the absence of (1) an explanation of the docket entry,(2) an affidavit or any evidence to support appellant's claim, (3) reason to believe that either counsel or the court would proceed without an interpreter in this case, or (4) an explanation from appellant as to why he apparently did not inform appellate counsel of this defect in the proceedings, we decline to adopt appellant's unsupported assertion.

The judgment of the district court is affirmed.

Counsel's request to withdraw from representation is granted.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Carter

Deputy Clerk

Date: 11/21/07

[cc: James Methe, Esq., Alejandro Pujols, Donald Lockhart, AUSA, Edward Roy Jr., AFPD]