UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


ALEJANDRO PUJOLS,
Petitioner

v.   CR: 05-137-04S
     CR: 06-25S

UNITED STATES OF AMERICA,
Respondent


### ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" on or before April 20th, 2009.

Entered as an Order of this Court:

_____
DEPUTY CLERK


ENTER:

_____
William E. Smith
U.S. District Judge
DATE: 3/18/09