UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CR No. 05-137S |
| : | CR No. 06-025S |
| ALEJANDRO PUJOLS-TINEO : | |

**MEMORANDUM AND ORDER**

In this matter, Alejandro Pujols-Tineo ("Pujols-Tineo") filed an Application to Proceed Without Prepayment of Fees and Affidavit on March 18, 2009 (the "Application"). (Document No. 175 in CR No. 05-137S and Document No. 26 in CR 06-025S). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). On March 30, 2009, Pujols-Tineo submitted a certified copy of his institutional account. After reviewing his institutional account and Application, his Application is GRANTED.

Pujols-Tineo is incarcerated at the United States Penitentiary-Canaan in Waymart, Pennsylvania, and is employed by the institution. Pujols-Tineo is paid $35.00 a month, and periodically receives money transferred into his account by Western Union. At the time that the Affidavit was submitted, however, Pujols-Tineo had an available balance of $0.92. Because his "available" balance is less then one dollar, this Court is satisfied that Pujols-Tineo qualifies for *in forma pauperis* status.

SO ORDERED

| | |
|---|---|
| ENTER: | BY ORDER: |
| | |
| /s/ Lincoln D. Almond | /s/ Jeannine Noel |
| LINCOLN D. ALMOND | Deputy Clerk |
| United States Magistrate Judge | |
| April 8, 2009 | |